ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
Program Litigation 1 | Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4822
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY M. MARINO, | No.  1:25-cv-01416-SKO |
| Plaintiff, | **STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 10) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from February 11, 2026 to March 13, 2026.  This is Defendant's first request for an extension. Defendant respectfully requests this extension because undersigned counsel was recently assigned and needs additional time to perform a defensibility review.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before March 13, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before March 27, 2026).

Respectfully submitted,

DATE: January 27, 2026          */s/ Kevin Alexander LaPorte*     *
                                KEVIN ALEXANDER LAPORTE
                                Attorney for Plaintiff
                                (* approved via email on  1/27/26)

                                ERIC GRANT
                                United States Attorney

DATE: January 27, 2026     By   *s/ Marcelo Illarmo*
                                MARCELO ILLARMO
                                Special Assistant United States Attorney

                                Attorneys for Defendant


### ORDER

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 10),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including March 13, 2026, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Scheduling Order, (Doc. 4), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **January 28, 2026**                      */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE