ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     Program Litigation 1 | Law & Policy
     Social Security Administration
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4822
     E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BEVERLY M. MARINO,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>     Defendant. | Case No.: 1:25-cv-01416-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 12) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. For Voluntary Remand;  Case 1:25-cv-01416-SKO     1

Respectfully submitted,

Dated: March 3, 2026              /s/ Kevin LaPorte            *
                                 (*as authorized via e-mail on 2/26/26)
                                 KEVIN LaPORTE
                                 Attorney for Plaintiff


Dated: March 3, 2026              ERIC GRANT
                                 United States Attorney

                          By:    /s/ Marcelo Illarmo
                                 MARCELO ILLARMO
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment ("Stipulation to Remand"), (Doc. 12), and for cause shown, **IT IS ORDERED** that the above-captioned action is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall **ENTER** a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall therefore **CLOSE** the case.

IT IS SO ORDERED.

Dated:   **March 3, 2026**                     /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE


Stip. For Voluntary Remand;  Case 1:25-cv-01416-SKO        2