KEVIN LaPORTE, ESQ.  SBN 291008
LaPorte Law Firm
1999 Harrison St., 18th Floor
Oakland, CA 94612
Phone: (510) 208-4525
Fax: (510) 369-2074
Email: kevin@laportelawfirm.com

Attorney for Plaintiff, Beverly Marino

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| Beverly Marino, | ) | CIVIL NUMBER: 1:25-cv-01416-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | |
| | ) | STIPULATION AND UNOPPOSED MOTION APPROVING COMPROMISE SETTLMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security | ) ) ) ) | |
| Defendant. | ) ) | (Doc. 15) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to approval by the Court, that Plaintiff's attorney Kevin LaPorte receive the following payment:

1. The defendant shall pay **SEVEN THOUSAND AND EIGHT HUNDRED DOLLARS AND NO CENTS, ($7,800.00)** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) for attorney's fees incurred in this Court action.  This amount represents compensation for all legal services rendered on behalf of Plainiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

2. After the Court issues an order for EAJA fees to Defendant, the government will consider the matter of Beverly Marino's assignment of EAJA fees to Kevin LaPorte. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order of EAJA fees are entered,

-1-

the government will determine wehther they are subject to any offset. If the Department of Treasury determines that Beverly Marino does not owe a federal debt, the check is to be payable to Kevin LaPorte, Plainiff's counsel.

3. This is a settlement of Plaintiff's request for attorney's fees pursuant to EAJA, and does not constitute an admission of liability of fault on the part of Defendant under the Equal Access of Justice Act.

4. Payment of the **SEVEN THOUSAND AND EIGHT HUNDRED DOLLARS AND NO CENTS, ($7,800.00)** EAJA attorney's fees incurred in this Court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney's fees pursuant to EAJA as a result of this Court action.

Dated:  April 7, 2026　　　　　　　　　　　　　　　/s/ Kevin LaPorte
　　　　　　　　　　　　　　　　　　　　　　　　Kevin LaPorte, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: April 7, 2026　　　　　　　　　　　　　　　/s/ Marcelo Illarmo
　　　　　　　　　　　　　　　　　　　　　　　　Marcelo N. Illarmo
　　　　　　　　　　　　　　　　　　　　　　　　(authorized by email dated 4/7/2026)
　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


## ORDER

PURSUANT TO THE FOREGOING STIPULATION AND UNOPPOSED MOTION (the "Stipulation") (Doc. 15), IT IS ORDERED that Plainiff be awarded attorney fees in the amount of **SEVEN THOUSAND AND EIGHT HUNDRED DOLLARS AND NO CENTS ($7,800.00)** as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 10, 2026**　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE